JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NARCISO GARCIA, an individual, on behalf of himself and all other similarly situated current and former employees of REAL TIME STAFFING SERVICES, INC. doing business as SELECT STAFFING; PEXCO LLC; AEROTEK, INC. and DOES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>REAL TIME STAFFING SERVICES, INC. doing business as SELECT STAFFING, a California Corporation; PEXCO LLC, a Georgia Corporation; AEROTEK, INC., a Maryland Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:14-CV-01706-AG(ANx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND

19614089v.1

The Court having received and reviewed the Stipulation to Remand submitted by plaintiff Narciso Garcia and defendants Real Time Staffing Services, LLC d/b/a/ Select Staffing and Pexco LLC, and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. The action shall be remanded to the Superior Court for the State of California, County of Orange, with the parties to bear their own attorney's fees and costs; and

2. The parties have not waived any rights to remove the action to federal court in the future.

IT IS SO ORDERED.

Dated: April 20, 2015

Hon. Andrew J. Guilford
United States District Judge

1
[PROPOSED] ORDER GRANTING STIPULATION TO REMAND

19614089v.1